Chih-Mei Chen (CA Bar #227747)
achen@deconsel.com
DeCARLO & SHANLEY
A Professional Corporation
533 South Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone:   (213) 488-4100
Facsimile:   (213) 488-4180

Attorneys for Petitioner SOUTHWEST
REGIONAL COUNCIL OF CARPENTERS

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHWEST REGIONAL COUNCIL OF CARPENTERS,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>LEGG, INC.,<br><br>　　　　　　Respondent. | CASE NO. 2:13-CV-4798-GAF (JCGx)<br><br>**JUDGMENT**<br><br><br>Before the Honorable<br>Gary A. Feess |

　　　It appearing that Defendant, LEGG, INC., a California corporation ("Defendant"), having been regularly served with process, having failed to plead or otherwise defend this action and its default having been entered; on application of the SOUTHWEST REGIONAL COUNCIL OF CARPENTERS, to the Court and after having considered the papers submitted in support thereof, and good cause appearing therefore,

　　　<u>IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Southwest Regional Council of Carpenters have judgment against Legg, Inc. as follows</u>:

/ / /

/ / /

/ / /

[PROPOSED] JUDGMENT　　　　　　　　　　　　　　　　　　　CASE NO. 2:13-CV-4798-GAF (JCGx)

| | | |
|---|---|---|
| 1. | Arbitration Award | $2,689.20 |
| 2. | Attorney's fees (calculated pursuant to Local Rule 55-3) | $  468.92 |
| | **GRAND TOTAL** | **$3,158.12** |

3. Pursuant to 28 U.S.C. § 1961(a), this judgment shall bear interest at the rate of ____% per annum.

DATE: April 15, 2014

_____
The Honorable Gary A. Feess
Judge of the United States District Court

**JS-6**